

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2014

No. 04-13-00148-CV

Javier H. **PEREZ,**
Appellant

v.

Patricia **VILLARREAL** and Israel Villarreal,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2011-CVT-000406-D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

Appellant has filed a response to the appellees' motion to dismiss for want of jurisdiction. We denied the motion to dismiss by order dated March 13, 2014 – before appellant's response was filed. In his response, appellant asks this court to impose sanctions on appellees for filing a frivolous motion to dismiss. Although we agree the motion to dismiss was without merit as it did not take into consideration the supreme court's opinion in *Verburgt v. Dorner*, 959 S.W.2d 615, (Tex. 1997) or this court's April 24, 2013 order noting that appellant had, per *Verburgt*, offered a reasonable explanation for the untimely filing of the notice of appeal, we **DENY** appellant's request for sanctions.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court